# Exhibit A

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

## AFFIDAVIT OF CATOSHA WOODS

BEFORE ME, the undersigned authority, personally appeared CATOSHA WOODS, known to me to be the person whose name is subscribed to this Affidavit, and who, upon first being duly sworn by me, did under oath depose and say:

1. My name is Catosha Woods. I am over 18 years old and have never been adjudged incompetent or convicted of a felony. I am of sound mind, and I am fully competent to give this affidavit under oath. The facts contained within this affidavit are within my personal knowledge and are true and correct.

2. I am employed by the Houston Independent School District ("HISD") as General Counsel in HISD's Legal Services office. I began working for HISD in February 2013 as an Assistant General Counsel and served as Deputy General Counsel from February 2016 to February 2023, when I became General Counsel.

4. On January 7, 2025, I was served with a federal summons at HISD's Hattie Mae White Educational Support Center located at 4400 West 18th Street in Houston. The summons contained a total of two pages that referenced "Nestor Londono v. Houston Independent School District." Once I accepted service the process server left the Legal suite. The summons did not include a copy of any lawsuit that Mr. Londono had filed against HISD. When I realized that I had been served a summons with no lawsuit attached, I quickly ran out to the hallway to catch the process server before he left the building. I caught him at the elevator bank and asked him if the two pages that he handed me were all that were included in the service request that he received since the lawsuit was not attached. After reviewing something on his cellular phone, he confirmed that he had only been given the two pages and that there were no additional documents. I thanked him and had a member of my front office staff stamp receipt and scan the two-pages I received from the process server. A true and correct copy of the federal summons I received on January 7, 2025, is attached to this Affidavit as Exhibit 1.

5. I am executing this affidavit as part of my assigned duties and responsibilities with HISD. I have read this affidavit, and it is true and correct, and all statements herein are within my personal knowledge.

_____
CATOSHA WOODS

Subscribed and sworn to before me, the undersigned authority, this the 27th day of January, 2025.

_____
Notary Public in and for the State of Texas

DELORIES JOLLY
My Notary ID # 129244879
Expires December 27, 2028

2

# Exhibit 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

1-7-2025

|   |   |
|---|---|
| NESTOR LONDONO <br> *Plaintiff(s)* <br> v. <br> HOUSTON INDEPENDENT SCHOOL DISTRICT <br> *Defendant(s)* | Civil Action No. 4:24-cv-04695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Houston Independent School District
Mike Miles, Interim Superintendent
4400 West 18th Street
Houston, Texas 77092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Terrence B. Robinson
TB Robinson Law Group, PLLC
7500 San Felipe St., Suite 885
Houston, Texas 77063

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: December 26, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-04695

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc: